**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Stuart Sackley, an Individual; Two Guns Espresso Wholesale Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-10888-AS<br><br>*Hon. Alka Sagar*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 1, 2020<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendants Stuart Sackley, and Two Guns Espresso Wholesale Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 2, 2021

/ s / Sagar
Hon. Alka Sagar
United States Magistrate Judge